United States District Court
For the Northern District of California

1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT
7
8          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   GARY MAGRATTEN,                              No. C 06-02371 WHA
11          Plaintiff,
12     v.                                         **ORDER OF REFERRAL**
13   MERCK & CO., INC.,
14          Defendant.
15   _____/
16          This action appears to be one of several cases currently pending in the Northern District
17   of California involving the prescription drug VIOXX®.  The earliest-filed action was *Guinta v.*
18   *Merck & Co., Inc.*, Case No. C 04-5061 MHP.  Pursuant to Civil Local Rule 3-12(c), the Court
19   refers this matter to Judge Marilyn H. Patel for the purpose of determining whether it is related
20   as defined in Civil Local Rule 3-12(a).
21
22          **IT IS SO ORDERED.**
23
24   Dated:  April 6, 2006                        _____
25                                                WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE
26
27
28